IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01689-BNB

JUAN ZAVALA,

    Petitioner,

v.

R. WILEY, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 03 2009

GREGORY C. LANGHAM
                  CLERK

ORDER OF DISMISSAL

Petitioner Juan Zavala is in the custody of the United States Bureau Of Prisons and currently is incarcerated at ADX Florence. Mr. Zavala initiated this action by filing a *pro se* pleading titled, "Motion Form Writ of Mandamus." In an order entered on July 16, 2009, Magistrate Judge Craig B. Shaffer directed the Clerk of the Court to commence a civil action and instructed Mr. Zavala to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Zavala to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his trust fund account statement for the six months immediately preceding the filing of the instant action. Mr. Zavala was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Zavala now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 2 day of Sept, 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01689-BNB

Juan Zavala
Reg. No. 10296-045
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/3/09

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk